■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK JOSEPH, Appellant. [707 NYS2d 855] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rios, J.), rendered April 2, 1998, convicting him of assault in the second degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the de-

fendant (*see, People v Martin,* 59 NY2d 704, 705), the trial court properly refused to charge assault in the third degree (*see,* Penal Law § 120.00 [2]) as a lesser-included offense. Under the facts of this case, no reasonable view of the evidence supports the conclusion that the defendant recklessly caused physical injury to the complainant (*see, People v Long,* 259 AD2d 634; *People v Wheeler,* 234 AD2d 573; *People v Zayas,* 140 AD2d 395).

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80). Santucci, J. P., Altman, Friedmann and McGinity, JJ., concur.